**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEWIS E. HARDIN,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>UNITED STATES CONGRESS GENERAL ASSEMBLY, *et al.*,<br>　　　　　　　　　Defendants. | Case No. 2:21-cv-1042-APG-BNW<br><br>**ORDER DENYING MOTION TO CONFIRM ARBITRATION AWARD**<br><br>[ECF No. 1] |

　　　Plaintiff Lewis Hardin initiated this case with a motion to confirm an arbitration award he obtained against the defendants. ECF No. 1.  Hardin apparently has not served the defendants with summonses or any other paper to properly bring the defendants into this action. *See* Federal Rule of Civil Procedure 4.  The defendants are entitled to notice of this case and the opportunity to appear and be heard.  Hardin's motion to confirm the arbitration award is premature so I deny it without prejudice.

　　　I THEREFORE ORDER that plaintiff Lewis Hardin's motion to confirm the arbitration award **(ECF No. 1) is denied without prejudice**.

　　　DATED THIS 27th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE