# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS HARDIN,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES CONGRESS GENERAL ASSEMBLY, *et al.*,<br><br>        Defendants. | Case No. 2:21-cv-01042-APG-BNW<br><br>**ORDER DISMISSING CASE** |

    I have twice ordered plaintiff Lewis Hardin to show proof that he served the defendants with process as required by Federal Rule of Civil Procedure 4. ECF Nos. 4, 6. Hardin still has not done so. I previously informed him that simply mailing the final arbitration award to the defendants does not satisfy Rule 4's service requirement for this lawsuit. He now contends that the defendants previously waived service of process. ECF No. 7 at 3-4. But he has not provided waivers that comply with Rule 4(d). Because Hardin has not properly served this lawsuit under Rule 4, I dismiss it without prejudice.

    I THEREFORE ORDER that this case is **dismissed without prejudice**. The clerk of court is directed to close the file.

    DATED THIS 15th day of July, 2022.

                                                                        Andrew P. Gordon<br>
                                                                         UNITED STATES DISTRICT JUDGE